AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

LORENA DUNCAN

*Plaintiff(s)*

v.

Civil Action No. 2:18-CV-14309-JEM

SHERIFF OF ST. LUCIE COUNTY, FLORIDA and EVAN CRAMER

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

EVAN CRAMER
Ken Mascara, Sheriff St. Lucie County, Fla.
4700 Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George E. Ollinger
100 Rialto Place
Suite 700
Melbourne, Florida 32901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/07/2018

*Signature of Clerk or Deputy Clerk*